IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| PIERRE A. CALDWELL, § | |
| § | |
| Plaintiff, § | |
| § | Civil Action No. 4:15-CV-576-O |
| v. § | |
| CAROLYN W. COLVIN, § | |
| § | |
| Defendant. § | |

## ORDER ACCEPTING REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* ECF No. 24. No objections were filed and the Magistrate's recommendation is ripe for review. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation (ECF No. 24) of the United States Magistrate Judge.

It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted as the findings of the Court. The decision of the Commissioner is **AFFIRMED** and Plaintiff's Complaint is **DISMISSED with prejudice**.

**SO ORDERED** on this **28th day** of **June, 2016.**

_/s/ Reed O'Connor_
Reed O'Connor
UNITED STATES DISTRICT JUDGE